ACCURATE REALTY, LLC, Respondent, v SAMUEL C. DONADIO et al., Appellants.

Submitted August 20, 2012; decided December 11, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Items of relief sought in the first cause of action remain pending.

CEDARWOODS CRE CDO II, LTD., et al., Appellants, v GALANTE HOLDINGS, INC., et al., Respondents, et al., Defendants.

Submitted October 1, 2012; decided December 11, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.